

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

3:22mJ 1066 RAR

In Re: APPLICATION FOR            :
                                  :  ss. Hartford, Connecticut
SEARCH WARRANT                    :
                                  :

## AFFIDAVIT

I, Andrew Tomer, being duly sworn, depose and state as follows:

### I. INTRODUCTION

1. I have been a Task Force Officer (TFO) for the United States Postal Inspection Service since February 2021. I am assigned to the Boston Division, working out of Hartford, Connecticut. I have participated in numerous investigations of complex drug conspiracies and all stages of illegal narcotics distributions, in violation of Title 21 U.S.C. §§ 841(a)(1), 843(b) and 846. I have been the affiant on several search warrant applications which have led to the seizure of significant quantities of illegal narcotics, related paraphernalia, and packaging used in the drug trade.

2. I am currently assigned to the USPIS sponsored Narcotics and Bulk Cash Trafficking Task Force (herein after "NBCT-TF"), which includes responsibilities for investigating narcotics and illicit proceeds trafficked via the US Mail, along with assaults and robberies of postal employees and robberies and burglaries of postal facilities. The NBCT-TF currently consists of seven Postal Inspectors, detectives from the Hartford, New Britain, Meriden, and Groton Police Departments, and a Special Agent from the USPS Office of Inspector General.

3. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061 and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1) and other federal offenses.

4. I have personally been involved in investigations related to the transportation of marijuana, cocaine, and heroin through the United States Mail. In fact, based on my

training and experience, I am aware that it is common for individuals to ship such controlled substances through the United States Mail.

5. Based upon my training and experience, I know that drug trafficking organizations routinely utilize several operational techniques to sustain their illegal enterprise. These practices are designed and implemented to achieve two paramount goals: first, the successful facilitation of the organization's illegal activities which consist of the importation and distribution of illegal controlled substances and the subsequent repatriation of the proceeds of that illegal activity; and second, minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

6. Based on my training and experience in law enforcement, I am familiar with the methods and techniques used by traffickers of illicit narcotics and pharmaceuticals to transport controlled substances via the U.S. Mail and avoid detection by the United States Postal Service ("USPS"). I am aware of the techniques utilized by traffickers in order to avoid detection by law enforcement. I am also aware that packages later discovered to contain controlled substances often use fictitious information as it relates to the sender's or recipient's name, or both, while utilizing a legitimate address. This provides individuals associated with the package the ability to disguise their relation to the package but still permit the package to be delivered to a valid address.

7. The information contained in this affidavit is based on my knowledge and experience, the observations I made during the course of this investigation, information conveyed to me by other law enforcement officers, through interviews of witnesses, and the knowledge and experience of my law enforcement colleagues.

8. Because this affidavit is being submitted for the limited purposes of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe establish a violation of federal law, and that evidence of that crime is presently in the package proposed to be searched.

9. Unless stated otherwise:
   a. all communications and other statements of individuals discussed herein are in sum and substance and in pertinent part;
   b. all dates are set forth on or about the approximate date; and

    c. all weights are rounded to the nearest ounce and/or pound and are approximate.

## II.    DESCRIPTION OF THE SUBJECT PARCEL

10. Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that USPS Priority Mail parcel displaying USPS Tracking Number 9405 5361 0426 2098 9791 39 addressed to "MARK GAGLI  882 N COLONY RD APT 55 MERIDEN CT 06450-2330" and bearing a return address of "LUBAR INC 1090 TART RD WATAUGA TX 76148" the "SUBJECT PARCEL", contains evidence of the unlawful possession of controlled substances.



11. On or about December 2, 2022, the SUBJECT PARCEL was identified as a parcel possibly containing a controlled substance. The SUBJECT PARCEL weighs approximately 13 oz.

12. A review of database records indicates that the delivery address on the SUBJECT PARCEL, "882 N COLONY RD APT 55 MERIDEN CT 06450-2330" is an actual valid address. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, showed that "MARK GAGLI" has no association with the delivery address. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, showed that "1090 TART RD WATAUGA TX 76148" is not an actual address and has no associated names.

13. On, December 5, 2022, the SUBJECT PARCEL was examined by a trained narcotics detection dog. The SUBJECT PARCEL was individually placed among four other similar sized parcels prior to the handler arriving. Upon examination of the parcels, the K9 handler informed me that the canine alerted to the SUBJECT PARCEL. The handler left the area with the canine. The parcels, including the SUBJECT PARCEL, were rearranged in different positions on the floor. The handler and canine were called in again. The K9 handler informed me that the canine alerted to the SUBJECT PARCEL once again.

14. The canine is a seven-year-old yellow Labrador Retriever named Conner. Conner is assigned to TFO/Detective Zach Kashmanian of the Hartford Police Department. Conner was first certified in July of 2016 and was recently recertified in November of 2022. Conner is certified in the detection of marijuana, hashish, cocaine, crack cocaine, heroin, MDMA, methamphetamine, and anabolic steroids. Conner and TFO/Detective Kashmanian train daily on all the odors that the dog is trained to detect. Conner has a track record of accurately alerting law enforcement to the presence of narcotics. TFO/Detective Kashmanian as well as Connecticut State Police Canine Unit maintain daily training logs for Conner.

15. Based on the above, there is probable cause to believe, and I do believe, that located within the SUBJECT PARCEL is evidence of a violation of Title 21, United States Code, Sections 841(a)(1), 844, and 846. The SUBJECT PARCEL is presently in the custody of the U.S. Postal Inspection Service Domicile located at 141 Weston St. Hartford, CT 06101.

### III.   CONCLUSION

16. WHEREFORE, I respectfully request that a search warrant be issued to search the SUBJECT PARCEL for evidence of illegal narcotics and narcotics proceeds, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

Andrew Tomer
Digitally signed by Andrew Tomer
Date: 2022.12.07 11:11:54 -05'00'

TFO ANDREW TOMER
USPIS TFO

Subscribed and sworn to before me by telephone this  8  day of December, 2022.

Robert A. Richardson
Digitally signed by Robert A. Richardson
Date: 2022.12.08 10:40:21 -05'00'

HONORABLE ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to Be Searched

USPS Priority Mail parcel displaying USPS Tracking Number 9405 5361 0426 2098 9791 39 addressed to "MARK GAGLI 882 N COLONY RD APT 55 MERIDEN CT 06450-2330" and bearing a return address of "LUBAR INC 1090 TART RD WATAUGA TX 76148" is currently in the custody of the U.S. Postal Inspection Service located at 141 Weston St., Hartford CT, 06101.



## ATTACHMENT B

### Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 844, and 846 including United States currency and narcotics.